IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Case No. 1:26-cv-02343

HANGZHOU YINGSEN TECHNOLOGY CO.,
LTD d/b/a PGS DIRECT and RUIAN RUIPAI
AUTO & MOTORCYCLE PARTS CO., LTD
d/b/a Cyberlife Tech,

     Plaintiffs,

v.

XIAO SHI and X-FACTORY LLC
d/b/a AUTOTECH PARK and also
d/b/a PROTINT-WINDOWS,

     Defendants.

---

## COMPLAINT

Plaintiffs  Hangzhou Yingsen Technology CO., Ltd d/b/a PGS Direct ("PGS Direct") and Ruian Ruipai Auto & Motorcycle Parts Co., Ltd d/b/a Cyberlife Tech ("Cyberlife Tech") (collectively "Plaintiffs") sue defendants Xiao Shi ("Shi") and X-Factory LLC d/b/a Autotech Park and also d/b/a ProTint-Windows ("Autotech Park") (collectively, the "Defendants"), and allege as follows:

## THE PARTIES

1. PGS Direct is a limited company organized and existing under the laws of China, and its principal place of business is located at Room 302-2, Building 16, Lefu Haibang Park, No. 1008 Xiangwang Street, Cangqian Subdistrict, Yuhang District, Hangzhou, Zhejiang, China. PGS Direct operates an Amazon store under the name of PGS Direct.

2. Cyberlife Tech is a limited company organized and existing under the laws of China, and its principal place of business is located at No. 41, Ruiqin East Road, Hantian Village,

Tangxia Town, Ruian City, Wenzhou City, Zhejiang Province, China. Cyberlife Tech operates an Amazon store under the name of Cyberlife Tech.

3.      Shi is an individual who is a citizen of the State of Maryland residing at 7030 Golden Crest, Elkridge, MD 21075.

4.      Autotech Park is a limited liability company organized and existing under the laws of the state of Maryland. Autotech Park's agent for service of process is Xiao Shi, 9435 Washington Blvd., Suite B, Laurel, MD, 20723.

## JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

6.       This Court has personal jurisdiction over Defendants because they have maintained sufficient minimum contacts with this State such that the exercise of personal jurisdiction over them would not offend traditional notions of fair play and substantial justice.

7.      Venue properly lies in this district because Defendants are residents of the State of Maryland residing in this district and because a substantial part of the events giving rise to the claims asserted in this action occurred in this district.

## FACTS

8.      Plaintiffs own one or more e-commerce stores selling products through third-party retailers such as www.amazon.com.

9.      Among the various products sold by Plaintiffs are vehicle sunshade products.

10.     Plaintiffs have been selling these types of vehicle sunshade products continuously since 2021 and have been tremendously successful in doing so on multiple online platforms, including www.amazon.com.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

11.    Amazon.com assigns a unique Amazon Standard Identification Number ("ASIN") to each product sold on its platform. This lawsuit concerns Defendants' improper and illegal attempts to utilize a patent to cause Amazon.com to remove various of Plaintiffs' Amazon.com listings as identified below (collectively, the "Removed Products"):

| SKU | ASIN | Shop Name |
|---|---|---|
| A-SS106-C | B09NBC6ZWW | PGS Direct |
| M-SS106-C | B09W5PPP73 | PGS Direct |
| M-SS217 | B09W8V9W8F | PGS Direct |
| M-SS221 | B0BS9357PT | PGS Direct |
| M-SS320-C | B09WB91DFC | PGS Direct |
| SS201-F | B09Q8BJCB6 | PGS Direct |
| SS217 | B09W8G9V1G | PGS Direct |
| SS221 | B0BS93NNK1 | PGS Direct |
| SS222 | B0BS92YJGL | PGS Direct |
| SS320-C | B09NBM9YGC | PGS Direct |
| SS405-C | B09NBMJPGB | PGS Direct |
| SS412 | B0BS937TN5 | PGS Direct |
| SS419NC | B0BS93YRM3 | PGS Direct |
| SS430-C | B0BX5YC4K3 | PGS Direct |
| SS430-C-UP | B0CZ9JTFNK | PGS Direct |
| SS431 | B0BDQFVYCZ | PGS Direct |
| B-SS405-C-VV | B0CPSPSYXM | PGS Direct |
| B-SS412-VV | B0CPSQSGBW | PGS Direct |
| B-SS418-C-VV | B0CPSPWLGN | PGS Direct |
| M-SS401-D | B0FXWTPWYR | PGS Direct |
| M-SS418-C | B0FXWWRBGB | PGS Direct |
| M-SS401-C | B0FXWTPWYM | PGS Direct |
| SS401-D-1 | B0B458BQS9 | PGS Direct |
| SS418-C | B09NBMSBPB | PGS Direct |
| SS401-C | B09NBMKM68 | PGS Direct |
| SS458 | B0DP6HGN3J | PGS Direct |
| B-SS401-D-VV | B0CPSPM3SW | PGS Direct |
| B-SS458-VV | B0FKMPLFNG | PGS Direct |
| B-SS401-D-1 | B0CPSPM3SW | Cyberlife Tech |
| B-SS401-C | B0CPSQBDJG | Cyberlife Tech |
| M-SS1101-C | B09W5R48V6 | PGS Direct |
| M-SS421-C | B0FXWVL9YQ | PGS Direct |
| SS421-C | B09YD4FVGN | PGS Direct |
| SS1101-C | B09NBLN49Z | PGS Direct |
| P-SS1101-C | B0F99LXGDZ | PGS Direct |
| B-SS420-C-VV | B0CPSQSYJD | PGS Direct |
| B-SS421-C-VV | B0CPSRGGJH | PGS Direct |
| B-SS1103-C-VV | B0CPJ9Q7VF | PGS Direct |
| B-SS1104-VV | B0CPJ9QPHN | PGS Direct |
| B-SS1101-C-VV | B0CPJ8ZHNG | PGS Direct |
| B-SS421-C | B0CPSRGGJH | Cyberlife Tech |
| B-SS1103-C | B0CPJ9Q7VF | Cyberlife Tech |
| B-SS1104 | B0CPJ9QPHN | Cyberlife Tech |
| B-SS405-C | B0CPSPSYXM | Cyberlife Tech |
| B-SS412 | B0CPSQSGBW | Cyberlife Tech |
| B-SS418-C | B0CPSPWLGN | Cyberlife Tech |
| B-SS458 | B0FKMPLFNG | Cyberlife Tech |
| B-SS1101-C | B0CPJ8ZHNG | Cyberlife Tech |
| B-SS420-C | B0CPSQSYJD | Cyberlife Tech |
| B-SS401-C-VV | B0CPSQBDJG | PGS Direct |

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

12.    On March 17, 2026, the United States Patent and Trademark Office ("USPTO") issued utility patent No. US 12576697 B1 (the "Patent") to Shi with respect to the subject patent. A true and correct copy of the Patent is attached hereto as Exhibit "A."

13.    Displayed below are screenshots of the Patent:



14.    The Patent contains no original elements undisclosed by prior art, as well as existing technology.

15.    Upon information and belief, Shi is the sole member and manager of Autotech Park, which itself operates Amazon.com online stores under the names of 'Autotech Park' and 'ProTint-Windows'.

16.    Among the products sold by Autotech Park and ProTint-Windows are vehicle sunshade products similar to those sold by Plaintiffs.

17.    During June 2026 (merely two months after Shi obtained the Patent), Plaintiffs received several notices from Amazon.com LLC, informing Plaintiffs that Amazon.com LLC had

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

received infringement notices alleging that Plaintiffs' vehicle sunshades infringed on the Patent.

18.    Each such infringement notices identifies Autotech Park as the "rights owner" and the Patent as the intellectual property being infringed. An example of one such notice from Amazon.com is displayed below:

19.    Notably, although Shi is the owner of the Patent, Defendants misleadingly identified Autotech Park as the owner of the Patent.

20.    As a result of Defendants' complaints, Amazon.com LLC has caused the Removed Products to be delisted on the Amazon.com platform.

21.    All conditions precedent to this action have been performed or have been waived.

**COUNT I: DECLARATORY JUDGMENT
OF INVALIDITY AND UNENFORCEABILITY**

22.    Plaintiffs re-allege and incorporate paragraphs 1 through 21 as set forth above.

23.    This is a claim for declaratory judgment arising under the Declaratory Judgment Act, 28 U.S.C. § 2201 and 35 U.S.C. § 102.

24.    According to the Patent, Shi owns the rights in and to the Patent. However, as

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

demonstrated above, Autotech Park likewise claims to own the Patent. Regardless, the Patent consists of the following illustration:



25.    Any rights which Defendants may have had in the Patent are invalid and unenforceable due to anticipation under 35 U.S.C. § 102 and/or obviousness under 35 U.S.C. § 103, in addition to making fraudulent misrepresentations to the USPTO regarding the Patent's "originality" and compliance with statutory requirements.

26.    The Patent contains no original elements undisclosed by prior art, as well as existing technology.

27.    Specifically, Plaintiffs have been selling the Removed Products since at least 2021, more than one year prior to the February 21, 2025 filing date of the Patent's application. Those products were publicly available on Amazon.com and constitute prior art under 35 U.S.C. § 102(a)(1).

28.    Even assuming that Defendants filed their application within twelve (12) months of inventing their sunshade product (they did not), Plaintiffs have been selling the product for years prior to any purported invention by Defendants.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

29.     In submitting their application, Defendants lied to the USPTO by failing to disclose Plaintiffs' prior art. They likewise lied about their own invention date, as Defendants appear to have been selling their subject products since at least 2023 (far earlier than the twelve months necessary for patentability).

30.     As a result, the Patent does not meet the statutory conditions for authorization of a patent and should not be enforced.

31.     Accordingly, Plaintiffs are entitled to a declaratory judgment that the Patent is invalid and unenforceable.

32.     An actual and justiciable controversy exists between Plaintiffs and Defendants with respect to the alleged infringement by Plaintiffs of the Patent as alleged by Defendants. Accordingly, declaratory relief is both appropriate and necessary to establish that said purported patents rights of Defendants are invalid and unenforceable against Plaintiffs.

**WHEREFORE**, Plaintiffs demand judgment against Defendants declaring as follows:

   a. That  the Patent is invalid and unenforceable;

   b. That the Patent be declared not infringed;

   c. That this case be declared exceptional under 35 U.S.C § 285, and that Plaintiffs Hangzhou Yingsen Technology CO., Ltd d/b/a PGS Direct and Ruian Ruipai Auto & Motorcycle Parts Co., Ltd d/b/a Cyberlife Tech be awarded the reasonable attorney fees and costs they incurred in connection with this award; and

   d. For such other relief as this Court deems proper.

## JURY TRIAL DEMAND

Plaintiffs hereby request a jury trial on all issues so triable.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Dated: June 11, 2026.                          COPYCAT LEGAL PLLC
                                               3111 N. University Drive
                                               Suite 301
                                               Coral Springs, FL 33065
                                               Telephone: (877) 437-6228
                                               dan@copycatlegal.com

                                               By: /s/ Daniel DeSouza
                                                   Daniel DeSouza, Esq.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228